[Cite as *Weber v. Unknown*, 2010-Ohio-5226.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

LINDSAY F. WEBER

   Plaintiff

   v.

Case No. 2010-06770-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL
UNKNOWN

{¶ 1} On May 4, 2010, this court issued an entry dismissing James Michael Gray as a defendant. The plaintiff was ordered to submit an amended complaint which names a state entity as party defendant on or before June 2, 2010, or face dismissal of her case. Plaintiff has failed to comply with the court order. Therefore, the case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Lindsay F. Weber
2799 Carlton Court
Avon, Ohio 44011

Filed 6/21/10
Sent to S.C. reporter 10/22/10